UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M. CLAUDIA GAROFALO | CIVIL ACTION |
| VERSUS | NO. 25-1473 |
| FRENCH TRUCK, LLC | SECTION: "P" |

**ORDER**

The Court has been notified that the parties have reached a settlement of all claims in this case. Accordingly,

**IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days from the date of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 19th day of September 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**